IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

In Re: Application for Exemption from    §
the Electronic Public Access Fees for    §    Misc. Case No. 15-mc-207
Assistant Professor Christina L. Boyd,   §
the Univ. of Georgia School of Public    §
and International Affairs, Dept. of
Political Science

_____

This matter is before the Court's Determining Officer, as authorized and delegated from the Clerk of the Court and the Chief Judge, upon the Oct. 6, 2015 application and request by Assistant Professor Christina L. Boyd, the Univ. of Georgia School of Public and International Affairs, Dept. of Political Science.  Professor Boyd requests an exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts.

The Determining Officer finds that Asst. Prof. Boyd, as an individual researcher associated with an educational institution, falls within the class of users listed in the fee schedule as being eligible for a fee exemption.  Asst. Prof. Boyd states that she will be doing research titled "Judging Disabilities: Social Security Administration Appeals in the Federal Trial Courts."  Her research will examine appellate decision making of federal district courts in Social Security Administration disability appeals by collecting random samples of docket-level information, using appropriate Social Security case NOS codes as search functions, in such appeals filed in federal district courts across the country.  Asst. Prof. Boyd has demonstrated that an exemption is necessary in order to avoid unreasonable burdens and to promote public access to information, and she has appropriately demonstrated this fact to this Determining Officer.  Accordingly, Asst. Prof. Boyd shall be exempt from the payment of fees for access via PACER to electronic case files, to the extent such use is incurred in connection to her use of the PACER system for research purposes.  She shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this court.

Additionally, the following limitations apply:
1.      This fee exemption applies only to Assistant Christina L. Boyd and is valid only for the purpose stated above;
2.      This fee exemption applies only to the electronic case files that are available through the PACER system;
3.      By accepting this exemption, Asst. Prof. Boyd agrees not to sell for profit any data obtained as a result of receiving this exemption; nor to transfer any data obtained as a result of the exemption, without express authorization by the court;
4.      This exemption is valid from the date of this order to **December 31, 2017.**

This exemption may be revoked at the discretion of the Court through the Determining Officer at any time.  A copy of this Order will be sent to the PACER Service Center.

Dated at Denver, Colorado this ___29th___ day of November, 2015.


By: s/Edward P. Butler
Edward P. Butler, Determining Officer
U.S. District Court, District of Colorado

# The University of Georgia

School of Public and International Affairs
*Department of Political Science*

October 6, 2015

The Honorable Marcia S. Krieger
Chief Judge, District of Colorado
Alfred A. Arraj United States Courthouse A941
901 19th Street
Denver, CO  80294

Dear Chief Judge Marcia S. Krieger,

I am an assistant professor in the Department of Political Science at the University of
Georgia. I am writing to request a **discretionary PACER fee exemption** for District of
Colorado for a scholarly research project entitled "Judging Disabilities: Social Security
Administration Appeals in the Federal Trial Courts." This request falls under the Judicial
Conference's policy regarding discretionary exemptions to electronic access fees for
"individual researchers associated with educational institutions." (Electronic Public Access Fee
Schedule, § (9) (eff. 12/1/13))

Under the Electronic Public Access Fee Schedule's guiding language, drafted by the Judicial
Conference, in considering granting a § (9) Discretionary PACER fee exemption, an individual
court must find that the exemption "is necessary in order to avoid unreasonable burdens and
to promote public access to information" and "that individual researchers requesting an
exemption have shown that the defined research project is intended for scholarly research,
that it is limited in scope, and that it is not intended for redistribution on the internet or for
commercial purposes." I believe this request meets both criteria.

In this research project, I seek to examine the appellate decision making of federal district
courts in Social Security Administration disability appeals. To do this, I will collect case
documents (docket sheets, complaints, orders, opinions) for a random sample of Social
Security Administration disability appeals filed in federal district courts across the country,
including District of Colorado, from 1997 to 2014. The cases in the drawn sample will be
identified by their Nature of Suit code (here, NOS codes 863 and 864). I propose to sample
up to 25 cases per Nature of Suit code per district court per year. With 94 federal district
courts, 18 years (1997-2014), two NOS codes, and some districts with fewer than 25 Social
Security cases per NOS code per year, I anticipate approximately 71,000 cases in the sample.

By utilizing PACER to gain access to docket-level information on Social Security disability
appeals, I should be able to have the data necessary to draw new conclusions in this area of
legal research. My research does not and will not focus on individual judges or individual

---

104 Baldwin Hall · University of Georgia · Athens, GA 30602-1615
Telephone 706.542.2057 · Fax 706.542.4421

cases; rather, I will be looking to draw conclusions across district courts and across time. This will include looking for trends in case processing, the reliance on magistrate judges for processing Social Security appeals, and the responses to Social Security Administration Administrative Law Judge decision making that varies significantly in its likelihood of granting disability benefits to claimants.

This is a research topic that is of increasing concern to government officials, the media, and U.S. citizens. The Social Security Administration has a 1 million case backlog and an average hearing wait time over 1 year. The annual number of Social Security Administration disability appeals in federal district courts ranges from just under 10,000 to 16,500 and comprises between 4% and 7% of the district courts' total docket per year. Despite a deferential standard of judicial review, as many as 50 percent of the Social Security Administration's disability determinations reviewed by the federal district courts are reversed or remanded. This high Social Security remand rate has prompted congressional and agency calls for improvements in the Social Security Administration disability adjudication procedures and increased quality in agency adjudication outcomes. Although these government officials have concerns about the quality of SSA adjudications as it relates to district court remands, they do not possess systematic data about the body of district court cases across time, the types of SSA disability cases across time, district court characteristics, and the involvement of magistrate judges, among other things.

As an assistant professor at a state university like the University of Georgia, I am not allotted research funds. My school, the School of Public and International Affairs, does not cover PACER fees for faculty. As such, any PACER fees that I incur in my research without an exemption must be paid out of pocket. With over 70,000 cases in my research sample, the PACER fees will be prohibitively expensive. Any PACER documents retrieved for this project will be used solely for this research project. In other words, there will be absolutely no internet redistribution or commercial use involved with this project. The expected final completion date of the PACER document retrieval for this project is **December 31, 2017**.

Thank you very much for your consideration of this request. If you should have any questions, please do not hesitate to contact me (706-542-2958; cLboyd@uga.edu).

Sincerely,

Christina Boyd
PACER account: cLboyduga

Mailing Address:
Christina L. Boyd
Political Science Department
104 Baldwin Hall
355 S. Jackson Street
Athens, GA 30602